IN THE UNITED STATES BANKRUPTCY COURT
FOR THE
SOUTHERN DISTRICT OF GEORGIA
Augusta

IN RE: )  Chapter 13
    Brandy Gheesling )  Number 10-11958
        Debtor(s) )

## REPORT OF NEW DEBTOR ADDRESS

**Debtor Name:** Gheesling (Last)    Brandy (First)    ___ (MI)

**Joint Debtor Name:** ___ (Last)    ___ (First)    ___ (MI)

**Previous Address:** 19741 Hwy 1 North

Wrens (City)    Ga (State)    30833 (Zip Code)

**New Address:** 2110 Fothergill Dr

Evans (City)    Ga (State)    30809 (Zip Code)

This 11 day of February, 2014.

By: /s/Angela McElroy-Magruder

AMcElroyMagruder (Name)    Attorney (Title)

512 Telfair Street (Address)

Augusta (City)    GA (State)    30901 (Zip Code)

706-724-6000 (Telephone)    GA Bar # 113625 (Bar ID)