IN THE UNITED STATES BANKRUPTCY COURT
FOR THE
SOUTHERN DISTRICT OF GEORGIA
Augusta

IN RE: Michael Prescott & Brandy N Gheesling
       Debtor(s)

Chapter 13
Number 10-11958

## REPORT OF NEW DEBTOR ADDRESS

**Debtor Name:** Gheesling (Last)   Brandy (First)   N (ONLY) (MI)

**Joint Debtor Name:** _____ (Last)   _____ (First)   _____ (MI)

**Previous Address:** 2110 Fothergill Dr

Evans (City)   Ga (State)   30809 (Zip Code)

**New Address:** 1156 Sumter Landing Circle

Evans (City)   Ga (State)   30809 (Zip Code)

This 11 day of November, 2015.

By: /s/Angela McElroy-Magruder

AMcElroyMagruder (Name)   Attorney (Title)

512 Telfair Street (Address)

Augusta (City)   GA (State)   30901 (Zip Code)

706-724-6000 (Telephone)   GA Bar # 113625 (Bar ID)